1  LAW OFFICE OF ERIC BEAUDIKOFER
   ERIC BEAUDIKOFER, SBN: 56524
2  414 VINE STREET
   EL CENTRO, CA 92243
3  TEL.: 760.353.9250
   FAX: 760.353.0693
4

5  ATTORNEY FOR DEFENDANT



6

7              UNITED STATE DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA        )    Case No.: 07MJ 8813
                                   )
11                      Plaintiff, )
                                   )    SUBSTITUTION OF ATTORNEY
12 vs.                             )
                                   )
13 Martha DELGADO-Haro,            )
                                   )
14                      Defendant. )
                                   )
15 _____  )

16

17     I, Martha Delgado-Haro, hereby substitute the Law Office of Eric

18 Beaudikofer in the case herein.

19     My current attorney of record, Ricardo M. Gonzalez, is relieved of any and

20 all  responsibility for my representation, including appeal.

21

22

23

24 Dated: 10-19-07                        _____
                                          Martha, DELGADO-Haro
25

26

27

28                         Page 1 of 2

1

2    **I CONSENT TO THIS SUBSTITUTION:**

3

4    Dated:_____        _____
                                    Ricardo M. Gonzalez

5    **I ACCEPT THE ABOVE SUBSTITUTION:**

6

7    Dated: 10-19-07               _____
                                    Eric Beaudikofer
8

9    **IT IS SO ORDERED:**

10

11   Dated: 11-1-07                _____
                                    United States Magistrate
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28