**FILED**
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3001-IEG |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |
| MARTHA DELGADO-HARO, | ) (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about September 25, 2007, within the Southern District of California, defendant MARTHA DELGADO-HARO, did knowingly and intentionally import approximately 19.14 kilograms (approximately 42.11 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 1, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Weir*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
11/1/07