FILED
NOV -1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3001-IEG |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MARTHA DELGADO-HARO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about September 25, 2007, within the Southern District of California, defendant MARTHA DELGADO-HARO, did knowingly and intentionally import approximately 19.14 kilograms (approximately 42.11 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 1, 2007 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
11/1/07