AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

MARTHA DELGADO-HARO

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3001-IEG

I, __MARTHA DELGADO-HARO__, the above named defendant, who is accused of

TITLE 21, USC § 952 AND 960 VIOLATIONS, KNOWINGLY IMPORTING 19.14 KILOS OF MARIJUANA ON OR ABOUT 9/25/07 WITHIN SO. DISTRICT OF CALIF

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/1/07__ / Date / prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer