1  ERIC BEAUDIKOFER
2  Attorney at Law
   CSBN: 56524
3  414 Vine Street
   El Centro, CA 92243
4  TEL.: 760.353.9250
   FAX: 760.353.0693
5

6
   ATTORNEY FOR DEFENDANT
7

8
                    **UNITED STATE DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 United States of America        )    Case No.: 07-CR-03001-001-IEG
                                   )
12         Plaintiff,              )
                                   )
13                                 )
   vs.                             )    PROOF OF SERVICE
14                                 )
   Martha Delgado-Haro,            )
15                                 )
           Defendant.              )
16                                 )
                                   )
17 _____ )

18
       I, the undersigned declare:
19
       That I am, and was at the time of service of the papers herein referred to, over the age of eighteen
20 years and not a party to the within action, and I am employed in the County of San Diego, California, in
   which this mailing occurred. My business address is 414 Vine Street, El Centro CA. I served the
21 following documents by fax (fax (619)-557-5551) and mail:

22 SENTENCING MEMORANDUM

23 Of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a
   separate envelope for each addressee named hereafter, addressed to each such addressee respectively and
   by facsimile, as follows:
24

25                              Proof of Service
                                      1

Carla J. Bessler
United States Government Attorney
880 Front Street, Room 2246
San Diego CA 92101

I then sealed each envelope and, with the postage thereon, fully prepaid, deposited each in the United States mail or private express mail service at San Diego, California, on February 7, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February 7, 2008, at San Diego California.

Eric Beaudikofer
Attorney for Defendant
Martha Delgado Haro