# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  07 CR 3001 IEG |
| vs ) | ABSTRACT OF ORDER |
| Martha Delgado-Haro ) | Booking No. 01604298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/11/08__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ____ Defendant released on $_____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for __2__ years.
- ____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR   Clerk
by _____ Deputy Clerk

Received_____
    DUSM

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY